# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 25-cr-00140 (ACR) |
| v. | |
| **CHRISTOPHER THOMAS GREEN,** | |
| Defendant. | |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves to dismiss the criminal indictment against defendant Christopher Thomas Green, without prejudice. *See* Federal Rule of Criminal Procedure 48(a) (allowing for dismissals of indictments with leave of the court); *see also United States v. Karake*, 2007 WL 8045732, at *1 (D.D.C. Feb. 7, 2007) (Huvelle, J.) (holding that dismissal under Rule 48 should generally be without prejudice).  The government has determined that dismissal of this matter is in the interests of justice.  The government further notes that Mr. Green has two outstanding bench warrants from the Circuit Court of Prince George's County, Maryland.  Therefore, the government requests that the Court dismiss the criminal indictment against defendant Christopher Thomas Green without prejudice.

Respectfully submitted,

JEANNINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:   */s/ Haley Pennington*
Haley Pennington
Special Assistant United States Attorney
IL Bar No. 6349612
601 D Street NW
Washington, D.C. 20052
202-740-4684
Haley.Pennington2@usdoj.gov